

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00161-CV

| | | |
|---|---|---|
| Richmont Holdings, Inc., Nukote Holding, Inc., Nukote International, Inc., Inkbrary, LLC, Superior Acquisitions LLC, John P. Rochon, Sr., John P. Rochon, Jr., Kelly Kittrell, Russell Mack, C & R Services, Inc., and Kenneth R. Schlag | § | From the 211th District Court |
| | § | of Denton County (2008-30173-211) |
| | § | August 22, 2013 |
| v. | | |
| Superior Recharge Systems, L.L.C. and Jon Blake | § | Opinion by Justice Dauphinot |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Supreme Court. This court has again considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellants Richmont Holdings, Inc., Nukote Holding, Inc., Nukote International, Inc., Inkbrary, LLC, Superior Acquisitions LLC, John P. Rochon, Sr., John P. Rochon, Jr., Kelly Kittrell, Russell Mack, C & R Services, Inc., and Kenneth R. Schlag shall jointly and severally pay all costs of this appeal on remand, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
    Justice Lee Ann Dauphinot